FILED

PAUL M. WARNER, United States Attorney (#3389)
BROOKE C. WELLS, Assistant United States Attorney (#3421)
DIANA HAGEN, Assistant United States Attorney (#8205)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

24 OCT '01 PM 3:34

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TERRY OLSON,<br><br>        Defendant. | 2:01CR0622 S<br><br>INDICTMENT<br><br>VIO.18 U.S.C. § 2332a(a)(2)<br>THREATENING WITH A WEAPON<br>OF MASS DESTRUCTION and<br>VIO. 18 U.S.C. § 1001<br>FALSE INFORMATION |

The Grand Jury charges:

**COUNT I**

On or about October 13, 2001, in the Central Division of the District of Utah,

TERRY OLSON,

the defendant herein, without lawful authority, threatened the use of a weapon of mass destruction including any biological agent or toxin, to wit: anthrax, against any person within the United States and the results of such threatened use affected or

a

would have affected interstate commerce; all in violation of 18 United States Code § 2332a(a)(2).

## COUNT II

On or about October 13, 2001, in the Central Division of the District of Utah,

TERRY OLSON,

defendant herein, did knowingly and willfully provide material, false information to local and/or state law enforcement officers relating to a matter within the jurisdiction of the Federal Bureau of Investigation and the United States Postal Service, agencies of the United States; to wit, that defendant falsely informed law enforcement officers that he had received anthrax through the mail, knowing the same to be false; all in violation of Title 18 United States Code § 1001.

## COUNT III

On or about October 15, 2001, in the Central Division of the District of Utah,

TERRY OLSON,

defendant herein, did knowingly and willfully provide material, false information to federal agents relating to a matter within the jurisdiction of the Federal Bureau of Investigation and the United States Postal Service, agencies of the United States; to wit, that defendant falsely informed federal agents that he had

received anthrax through the mail, knowing the same to be false; all in violation of Title 18 United States Code § 1001.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
UNITED STATES ATTORNEY

_____
BROOKE C. WELLS
Assistant United States Attorney